IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARY ELIZABETH HERNANDEZ,<br>    Plaintiff, | §<br>§<br>§ |
| v. | § CIVIL ACTION NO. 5:23-cv-1365 |
| | § |
| HORACE MANN INSURANCE<br>COMPANY,<br>    Defendant. | §<br>§<br>§<br>§ |

## DEFENDANT HORACE MANN INSURANCE COMPANY'S NOTICE OF REMOVAL

Defendant **HORACE MANN INSURANCE COMPANY** files this its Notice of Removal for the purpose of removing this cause to the United States District Court for the Western District of Texas, San Antonio Division, and states as follows:

### I.
### STATE COURT ACTION

1. On October 24, 2023, Plaintiff Mary Elizabeth Hernandez ("Plaintiff") filed her Original Petition and initiated an action against Defendant Horace Mann Insurance Company ("Defendant") in the 81st/218th District Court, Atascosa County, Texas (the "State Court Action"). (*See* Appendix Exhibit "A").

2. Plaintiff's Petition against Defendant in the State Court Action alleges that Defendant is liable for breach of contract, for violations of the Texas Insurance Code Ch. 541, Texas Insurance Code Ch. 542, for breach of the duty of good faith and fair dealing, and for violations of the Texas Deceptive Trade Practices Act. In the State Court Action Plaintiff seeks to recover monetary relief in excess of $250,000.

3. As such, the amount in controversy is in excess of $75,000, exclusive of interest and costs. Defendant timely filed its Notice of Removal in the State Court Action. There is

complete diversity of citizenship and a sufficient amount in controversy to confer jurisdiction on this court pursuant to 28 U.S.C. §1332. The above-described civil action is therefore one that may be removed pursuant to 28 U.S.C. §§1332, 1441, and 1446 and is hereby removed.

## II.
## FEDERAL JURISDICTION

4. Plaintiff is a citizen of the state of Texas for diversity purposes.

5. Defendant is a foreign corporation organized and existing under the laws of Illinois and is a citizen of the State of Illinois.

## III.
## BASIS FOR REMOVAL

6. This Court has original jurisdiction under 28 U.S.C. § 1332 over this civil action, and the action may be removed by Defendant, because it is a civil action between citizens of different states, and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7. Plaintiff was, at the time this action commenced, and is still a citizen of the State of Texas.

8. Defendant is a citizen of Illinois for diversity purposes.

9. Because Plaintiff is a citizen of Texas and Defendant is a citizen of a different state, complete diversity of citizenship exists among the parties.

10. Because the amount in controversy exceeds $75,000, this Court has subject matter jurisdiction under 28 U.S.C. § 1332, and this removal is proper.

11. Pursuant to 28 U.S.C. § 1446(a), Defendant has filed as exhibits to this Notice of Removal copies of all process, pleadings, orders and the docket sheet in the State Court Action.

12. Pursuant to 28 U.S.C. § 1446(d), Defendant will notify the clerk of the court in the State Court Action of this removal and will give notice thereof to all adverse parties.

## IV.
## CONCLUSION

13. The basis for this removal and this Court's jurisdiction is diversity of citizenship. 28 U.S.C. § 1332. Plaintiff is a citizen of Texas. Defendant is a citizen of the state of Illinois. The amount in controversy, based on Plaintiff's allegations exceeds $75,000, exclusive of interest and costs. As such, this removal action is proper. On these grounds, Defendant hereby removes the referenced State Court Action to this Court.

WHEREFORE, Defendant **HORACE MANN INSURANCE COMPANY** respectfully requests that the above-entitled action be removed from the 81st/218th District Court of Atascosa County, Texas to the United States District Court for the Western District of Texas, San Antonio Division.

Respectfully submitted,

**MARTIN, DISIERE, JEFFERSON & WISDOM, LLP**

By:  /s/*Matthew Paradowski*
**Matthew Paradowski**
State Bar No. 24027588
paradowski@mdjwlaw.com
911 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
Telephone: (214) 420-5500
Facsimile: (214) 420-5501
LEAD COUNSEL

and

**Brad Allen**
State Bar No. 00796115

allen@mdjwlaw.com  
11467 Huebner Road, Suite 175  
San Antonio, Texas 78230  
Telephone: (210) 298-2480  
Facsimile: (210) 298-2479

**ATTORNEYS FOR PLAINTIFF**
**HORACE MANN INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been e-served to all attorneys of record, in compliance with the FEDERAL RULES OF CIVIL PROCEDURE, on this the 26th day of October, 2023.

/s/*Matthew Paradowski*
**Matthew Paradowski**